# Third District Court of Appeal

## State of Florida

Opinion filed November 3, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1845
Lower Tribunal No. F15-12525
_____

**Ivan Clark,**

Appellant,

vs.

**The State of Florida,**

Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Ivan Clark, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.